# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARC A. KELLEY,<br><br>            Petitioner,<br><br>    v.<br><br>CARL WOFFORD, Warden,<br><br>            Respondent. | Case No.  1:13-cv-01313-SAB-HC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

On September 19, 2013, following a preliminary review of the petition, the Court issued an order directing Petitioner to show cause why the petition should not be dismissed for failure to exhaust state remedies.  On October 4, 2013, Petitioner filed a response to the order wherein he attached copies of a habeas petition filed in the California Supreme Court along with its ruling. The Court has reviewed the attachments, and it appears Petitioner has exhausted the claims he presents in his petition.

///

///

///

**ORDER**

Accordingly, the September 19, 2013, order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **October 24, 2013**

UNITED STATES MAGISTRATE JUDGE